# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

*In re* JOSEPHEDWA RAMSEY  )
                                            )          Case No. CV413-260

## ORDER

Josephedwa Ramsey submitted a letter to the Clerk of the United States District Court for the Northern District of Georgia on November 19, 2013, asking that court to intervene and oversee an ongoing Chatham County Superior Court criminal matter in which he is a defendant. (Doc. 1); *see* Chatham Courts Case Lookup, *available at* http://www.chathamcourts.org/Case-details/caseno/CR131782 (last visited Dec. 30, 2013). That Court transferred the matter to this Court on November 27, 2013. (Doc. 2.)

Ramsey has neither paid the Court's $400 filing fee nor moved to proceed *in forma pauperis* ("IFP"). Moreover, he has failed to name a defendant or to provide *any* basis for federal jurisdiction. Accordingly, the case is subject to dismissal. The Court will, however, grant Ramsey a 21-day period to submit an actual civil complaint or habeas petition, and to submit either the filing fee or an IFP motion.

The Clerk is **DIRECTED** to forward Ramsey a copy of both the standard form habeas petition and § 1983 form complaint, along with the appropriate *in forma pauperis* forms. To prevent any filing confusion, he shall write the current case number, CV413-260, on the body of any petition or complaint that he wishes to present. If Ramsey fails to respond within 14 days of the date of this Order, this case will be dismissed.

**SO ORDERED** this 7th day of January, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA