# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

In re JOSEPHEDWA RAMSEY )
) Case No. CV413-260

## REPORT AND RECOMMENDATION

On January 7, 2014, the Court granted Josephedwa Ramsey 14 days to submit either a form 42 U.S.C. § 1983 civil complaint or habeas petition. (Doc. 4.) He did neither. Accordingly, this case should be **DISMISSED** without prejudice for his failure to prosecute this action, and for failing to respond to an order of this Court. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this __13th__ day of March, 2014.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA