IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOSEPHEDWA RAMSEY, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV413-0260
 )
UNKNOWN DEFENDANT. )
 )

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED WITHOUT PREJUDICE**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of June 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Because this case is dismissed, Plaintiff's Motion for Extension of Time (Doc. 7) is **DISMISSED AS MOOT**.